PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Beth Garcia      Cr.: 18-00680-001
    PACTS #: 5591933

Name of Sentencing Judicial Officer:     THE HONORABLE NOEL L. HILLMAN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/07/2019

Original Offense:     Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343], a Class C Felony

Original Sentence: 5 years probation

Special Conditions: Financial Disclosure, Location Monitoring Program, Occupational Restrictions, Special Assessment, Restitution, New Debt Restrictions

Type of Supervision: Probation      Date Supervision Commenced: 10/07/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The individual under supervision has violated the mandatory supervision condition which states **'Based on information presented, you are excused from the mandatory drug testing provision, however, you may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.'**

     On December 13, 2023, Ms. Garcia submitted a urinalysis test, which returned positive for marijuana.

U.S. Probation Officer Action:

As a response to the non-compliance, Ms. Garcia was issued a verbal reprimand, and the undersigned officer reminded Ms. Garcia of her conditions of supervised release, specifically the condition regarding the use of controlled substances. Based on the risk of substance abuse, Ms. Garcia was informed that she would be tested for controlled substances to monitor her sobriety.

The Probation Office respectfully recommends no further action be taken at this time, and this notice serves as a written reprimand; however, should further non-compliance occur, the Court will be promptly notified, and additional Court intervention may be requested.

Prob 12A – page 2
Beth Garcia

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KYLE E. WILLIAMS
U.S. Probation Officer

/ kew

APPROVED:

_____   1/2/24
ANTHONY M. STEVENS              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time and This Notice to Serve as a Formal Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 2, 2024
Date